1983 Form

# In the United States District Court
# For the Northern District of Alabama

DONALD RAY BELUE

CV-16-BE-1896-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

LEON BOLLING, JEFFERSON DUNN,

ROBERT BENTLEY, ANGELA MIREE, and

ERROL PICKENS

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.   Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.   Docket Number _____

      4.   Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. Place of present confinement   William E. Donaldson Correctional Facility

   A.  Is there a prisoner grievance procedure in this institution?
       Yes ( )    No (X)

   B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes ( )    No ( )

   C.  If your answer is YES:

       1.  What steps did you take? _____

           _____

       2.  What was the result? _____

           _____

           _____

   D.  If your answer is NO, explain why not? _____

       _____

       _____

       _____

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.  Name of plaintiff(s)   DONALD RAY BELUE

       _____

       Address   100 Warrior Lane, Bessemer, Alabama 35023

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant  LEON BOLLING

   is employed as  Warden

   at  Donaldson Correctional Facility

C. Additional Defendants  JEFFERSON DUNN is Commissioner of the Alabama Department of Corrections, ROBERT BENTLEY is the Governor of Alabama, ANGELA MIREE is deputy warden of Donaldson Correctional Facility, and ERROL PICKENS is deputy warden of Donaldson Correctional Facility.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

The plaintiff contends that there is no person trained in the law at Donaldson Correctional Facility where he is presently incarcerated or in the State Penal System where he had currectly been incarcerated. He contends that this deprivation hindered him in missing his civil rights case filing deadline, on April 14, 2014, due to lack of access to the courts. See, e.g., Belue v. Benn, 2:14-cv-00688-WMA-JEO (§1983) ; and Belue v. Benn, 14-14473-FF (appeal court affirming the district court's dismissal of the plaintiff's claims as time-barred on April 1, 2015). The plaintiff assert equitable tolling of his previous civil action number 2:14-cv-00688-WMA-JEO due to the lack of a person trained in the law at Donaldson or the State Penal System hindered him

- 3 -

in proceeding with his civil rights claims. Thus, Bolling, Dunn, Bentley, Miree, and Pickens violated the plaintiff's constitutional right of access to courts.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Adjudge and declare that the acts and omissions of the defendants concerning access to courts violated the plaintiff's constitutional rights;

2. Grant plaintiff equitable tolling of his previous civil action number 2:14-cv-00688-WMA-JEO;

3. Award plaintiff the costs of this lawsuit; and

4. Order such additional relief as the Court may deem just and proper.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 22, 2016__
(date)

_[signature: Ronald R. Belue]_

Signature(s)